IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. LACH,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>          Defendant. | CIVIL ACTION No. _____<br><br>05 cv 10583 PBS |

## RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Per the requirements of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Merck & Co, Inc. ("Merck"), makes the following statements regarding Merck's corporate ownership:

1. Merck is a publicly traded corporation on the New York Stock Exchange.

2. No single company currently owns more than 10% or more of Merck's stock.

                                            MERCK & CO., INC.
                                            By its attorneys:

                                            _____
                                            James J. Dillon (BBO# 124660)
                                            Bradley E. Abruzzi (BBO# 651516)
                                            FOLEY HOAG LLP
                                            155 Seaport Boulevard
                                            Boston, MA  02110-2600
                                            (617) 832-1000

Dated: March 25, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing RULE 7.3 CORPORATE DISCLOSURE STATEMENT was served on March 25, 2005 by regular mail, upon:

Philip F. Mulvey, Jr.
Law Office of Philip F. Mulvey, Jr., P.C.
536 Main Street
Falmouth, Massachusetts 02540
**Counsel for Plaintiff John D. Lach**