IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN D. LACH,<br><br>     Plaintiff,<br><br>  v.<br><br>MERCK & CO., INC.,<br><br>     Defendant. | CIVIL ACTION No. 05-CV-10583-PBS |

**DEFENDANT MERCK & CO., INC.'S MEMORANDUM IN SUPPORT OF ITS CONSENTED-TO MOTION TO STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**INTRODUCTION**

Defendant Merck & Co., Inc. ("Merck") moves this Court, with the Plaintiff's assent, to stay all proceedings in this action pending its likely transfer to *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX® (the "VIOXX® cases").

This case is one of many that have been filed recently in both federal and state courts around the country concerning VIOXX®. Merck has provided notice to the JPML, pursuant to J.P.M.L. Rule 7.5 of the pendency of this "tag-along" action. Merck expects the Panel to issue a Conditional Transfer Order for this case shortly thereafter.

Pending the transfer of this case to the Eastern District of Louisiana, a stay of proceedings is necessary and appropriate to achieve the judicial economies that underlie the MDL statute, 28 U.S.C. § 1407. Absent a stay, this Court would have to waste time supervising pretrial proceedings and making rulings in a case over which it will likely soon lose

jurisdiction — and will probably never see again.  Moreover, without a stay, Merck would be

significantly and unfairly prejudiced because it would have to duplicate discovery in jurisdictions

around the country.

## BACKGROUND

### A.    MDL-1657

As of September 30, 2004 — the date of Merck's voluntary withdrawal of VIOXX®

from the market — 41 federal cases alleging some form of recovery for plaintiffs who purchased

and ingested VIOXX® were pending in 24 districts, involving a total of 378 plaintiffs (exclusive

of purported class members).  The publicity surrounding Merck's voluntary withdrawal of

VIOXX® from the market has spurred the filing of additional suits.  Each of the cases currently

in federal court presents certain overlapping questions of fact and alleges similar theories of

liability and injury arising from plaintiffs' treatment with VIOXX®.  For example, in each of the

pending actions, plaintiffs are seeking, or likely will seek, much of the same discovery from

Merck pertaining to its development and pre-market and post-market testing of VIOXX®,

including depositions of the same employees and experts.

On February 16, 2005 the MDL Panel issued a transfer order, establishing MDL

Proceeding No. 1657, *In re VIOXX Products Liability Litigation*.  The Transfer Order directed

that the 148 cases subject to original motions be transferred and coordinated for pretrial

proceedings in the U.S. District Court for the Eastern District of Louisiana, before the Honorable

Eldon E. Fallon.  *See* Transfer Order, attached hereto as Exhibit A.  In the Transfer Order, the

Panel expressly held that the VIOXX® product liability cases have overlapping questions of fact:

> On the basis of the papers filed and hearing session held, the Panel finds that the
> actions in this litigation involve common questions of fact, and that centralization
> under Section 1407 in the Eastern District of Louisiana will serve the convenience
> of the parties and witnesses and promote the just and efficient conduct of the

litigation.  All actions focus on the alleged increased health risks (including heart attack and/or stroke) when taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers.  Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

*Id.* at 2.

The MDL Panel also held that the "nearly 300 potentially related actions pending in multiple federal districts . . . will be treated as potential tag-along actions." *Id.* at 1 n.1. Consistent with the MDL rules and practice with respect to tag-along actions, the MDL Panel is expected to begin issuing conditional transfer orders transferring additional related cases to Judge Fallon any day.

On April 6, 2005 Merck notified the MDL Panel of this potentially related action . *See* April 6, 2005 Letter of William Beausoleil, Esq. to the Judicial Panel on Multidistrict Litigation, attached hereto as Exhibit B.  Merck thus expects a conditional transfer order to be issued by the MDL Panel in this action within the next few weeks.  Assuming plaintiffs do not object within the 15-day period contained within the MDL rules, the transfer order will be filed in Judge Fallon's court upon expiration of plaintiff's period to object, and the case will be transferred for coordinated pretrial proceedings.[1]

## B.    The Instant Action

On or about February 16, 2005, Plaintiff commenced this action against Merck by filing a Complaint in the Barnstable County Superior Court.  The case was assigned the docket number BA-05-0098.  On March 7, 2005, Merck was served with a copy of Plaintiff's Complaint, and on March 25, 2005, Merck removed the action to this Court based on diversity jurisdiction under 28

---

[1]    There is a separate procedure by which the Plaintiff may file an objection (and supporting materials) with the MDL Panel, should it choose to oppose the transfer.  The Panel will then set down the objection for consideration at its next hearing session.  Given the overlapping factual issues this case appears to have with those already in the MDL proceedings, however, any opposition the Plaintiff might raise would almost certainly be futile.

U.S.C. § 1332 and simultaneously filed an Answer and jury demand.  There is no dispute that this case involves the same factual inquiries that the Panel notes were present in the VIOXX® cases generally, thereby warranting coordinated pre-trial proceedings in the Eastern District of Louisiana.  Specifically, it is clear from the face of the Complaint that this case, like the other VIOXX® cases, focuses on the alleged increased health risks (including heart attack and stroke) the Plaintiff incurred while taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers. For example, the Plaintiff alleges that "[t]he Defendant knew or should have known that VIOXX® caused unreasonably dangerous risks and serious side effects, including death, of which the Plaintiff could not be aware.  Defendant Merck nevertheless advertised, marketed, sold and distributed the drug knowing that there were safer methods and products."  Complaint ¶ 36.

## ARGUMENT

### I.  THIS CASE SHOULD BE STAYED PENDING TRANSFER TO THE MDL

Guided by the "policies of justice and efficiency," this Court should exercise its discretion to stay all further proceedings here pending the Panel's action.  *Boudreaux v. Metropolitan Life Ins. Co.,* No. 95-CV-138, 1995 WL 83788, *1 (E.D. La. Feb. 24, 1995).  The power to stay is well established and particularly apt here.  It is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S 248, 254 (1936).  Numerous courts have stayed proceedings pending determinations by the Panel on the appropriateness of coordination under 28 U.S.C. § 1407.  *See, e.g., U.S. Bank, Nat'l Ass'n v. Royal Indem. Co.*, No. Civ. A 3:02-CV-0853-P, 2002 WL 31114069 (N.D. Tex. Sept. 23, 2002); *Rivers v. The Walt Disney Co.*, 980 F. Supp. 1358 (C.D. Cal. 1997); *American Seafood, Inc. v.*

*Magnolia Processing*, Civ. A. Nos. 92-CV-1030, 92-CV-1086, 1992 WL 102762 (E.D. Pa. May 7, 1992).  Where the Panel has already decided that coordination is appropriate, and has designated a venue for the coordinated proceedings, a stay is appropriate pending conditional transfer to those proceedings.  *See New Mexico State Investment Council v. Alexander*, 317 B.R. 440, 446 (D. N.M. 2004); *Mathern v. Wyeth*, No. 04-CV-2116, 2004 WL 1922028 at *1 (E.D. La. Aug. 25, 2004); *Knearem v. Bayer Corp.*, No. 02-CV-2096-CM, 2002 WL 1173551, at *1 (D. Kan. May 7, 2002); *Jackson v. Johnson & Johnson, Inc.*, No. 01-CV-2113-DA, 2001 WL 34048067, at *6 (W.D. Tenn. Apr. 3, 2001).

Guiding a court's exercise of its prerogative to stay a case, pending the Panel's decision on transfer of an individual action, are (1) considerations of judicial economy and (2) avoidance of conflicting rulings.  *Mathern*, 2004 WL 1922028, at *1.  Both of these factors favor granting a stay of this action.  Indeed, more than 175 VIOXX® cases have been stayed by courts around the country pending MDL coordination.[2]

---

2    *See, e.g., Catletti v. Merck & Co., Inc.,* No. 2:04-cv-429 (E.D. Tex. Feb. 2, 2005); *Scott v. Merck & Co., Inc.,* No. 04-3372 (E.D. La. Feb. 2, 2005); *Rushing v. Merck & Co., Inc.,* No. 2:05cv00040 (N.D. Ala. Feb. 2, 2005); *Aguero v. Merck & Co., Inc.,* No. 04-5341 (D. N.J. Feb. 1, 2005); *Dobslaf v. Merck & Co., Inc.,* No. 1:05-cv-00124 (N.D. Ill. Feb. 1, 2005); *Lane v. Merck & Co., Inc.,* No. 1:05-cv-022 (E.D. Tenn. Feb. 1, 2005); *Thomas v. Merck & Co., Inc.,* No. 1:05-cv-00025 (E.D. Tenn. Feb. 1, 2005); *Rini v. Merck & Co., Inc.,* No. 04-cv-05510 (E.D. N.Y. Jan. 28, 2005); *Benton v. Merck & Co., Inc.,* No. 04-CV-1123 (W.D. Ark. Jan. 27, 2005); *Johnson v. Merck & Co., Inc.,* No. 04-CV-878 (M.D. La. Jan. 27, 2005); *Krieder v. Merck & Co., Inc.,* No. 2:05-cv-138 (N.D. Ala. Jan. 27, 2005); *Taylor v. Merck & Co., Inc.,* No. 3:04-cv-923 (S.D. Miss. Jan. 27, 2005); *Wilson v. Merck & Co., Inc.,* No. 1:05-cv-006 (E.D. Tenn. Jan. 26, 2005); *Harrell v. Merck & Co., Inc.,* No. 04-CV-2438 (W.D. La. Jan. 25, 2005); *Hewitt v. Merck & Co., Inc.,* No. 3:05-CV-102 (N.D. Tex. Jan. 25, 2005); *Melton v. Merck & Co., Inc.,* No. 2:04-cv-372 (S.D. Miss. Jan. 25, 2005); *Davis v. Merck & Co., Inc.,* No. 1:04-cv-1247 (M.D. Ala. Jan. 24, 2005); *Gottsegen v. Merck & Co., Inc.,* No. 04-3065 (E.D. La. Jan. 24, 2005); *Cathey v. Merck & Co., Inc.,* No. 04-cv-125 (M.D. Tenn. Jan. 20, 2005); *Doucet v. Merck & Co., Inc.,* No. 04-3281 (E.D. La. Jan. 20, 2005); *Christina v. Merck & Co., Inc.,* No. 04-2726 (E.D. La. Jan. 20, 2005); *Prince v. Merck & Co., Inc.,* No. 2:04 CV 2406 (W.D. La. Jan. 20, 2005); *Salt v. Merck & Co., Inc.,* No. 2:01 CV 794 (D. Utah Jan. 20, 2005); *Rasco v. Merck & Co., Inc.,* No. H-04-4559 (S.D. Tex. Jan. 19, 2005); *Blain v. Merck & Co., Inc.,* No. 2:04CV1102 (D. Utah Jan. 18, 2005); *Harris v. Merck & Co., Inc.,* No. 1:04-cv-394 (E.D. Tenn. Jan. 18, 2005); *Mitchell v. Merck & Co., Inc.,* No. 8:04-cv-2682 (M.D. Fla. Jan. 18, 2005); *Pilie v. Merck & Co., Inc.,* No. 04-3279 (E.D. La. Jan. 18, 2005); *Stout v. Merck & Co., Inc.,* No. 4:04-CV-4205 (S.D. Tex. Jan. 18, 2005); *Williams v. Merck & Co., Inc.,* No. 1:05-cv-0062 (S.D. Ind. Jan. 14, 2005); *Bernhardt v. Merck & Co., Inc.,* No. 2:04-cv-00625 (M.D. Fla. Jan. 13, 2005); *Carr v. Merck & Co., Inc.,* No. 04-CV-4900 (E.D. Pa. Jan. 13, 2005); *Fontanetta v. Merck & Co., Inc.* No. 2:04-cv-04486 (E.D. N.Y. Jan. 13, 2005); *Meadows v. Merck & Co., Inc.,* 1:04CV02229 (N.D. Ohio Jan. 13, 2005); *Wallace v. Merck & Co., Inc.,* No. 3:04cv1199 (M.D. Ala. Jan. 13, 2005); *Farmer v. Merck & Co., Inc.,* No. 1:04CV2324 (N.D. Ohio Jan. 12, 2005);

These decisions in other VIOXX® cases make clear the necessity of a stay here.  For
example, in *Denny*, the Southern District of Texas court stayed all proceedings over the
plaintiffs' objection, holding that "[t]he power to stay all proceedings is well established and

---

*McNichols v. Merck & Co., Inc.,* No. 04-CV-23064 (D. S.C. Jan. 12, 2005); *Bates v. Merck & Co., Inc.,* No. 04-CV-2269 (W.D. La. Jan. 11, 2005); *Benoit v. Merck & Co., Inc.,* No. 04-CV-803 (M.D. La. Jan. 11, 2005); *Butler v. Merck & Co., Inc.,* No. 04-CV-2275 (W.D. La. Jan. 11, 2005); *Ewbank v. Merck & Co., Inc.,* No. 2-04-CV-427 (S.D. Tex. Jan. 11, 2005); *Harper v. Merck & Co., Inc.,* No. 04-CV-2271 (W.D. La. Jan. 11, 2005); *McKnight v. Merck & Co., Inc.,* No. 04-CV-2270 (W.D. La. Jan. 11, 2005); *Tice v. Merck & Co., Inc.,* No. 04-CV-2274 (W.D. La. Jan. 11, 2005); *Wright v. Merck & Co., Inc.,* No. 04-CV-2268 (W.D. La. Jan. 11, 2005); *Young v. Merck & Co., Inc.,* No. 4:04-CV-4209 (S.D. Tex. Jan. 11, 2005); *Peltekian v. Merck & Co., Inc.,* No. 04-CV-2195 (S.D. Cal. Jan. 11, 2005); *Bateman v. Merck & Co., Inc.,* No. 1:04-cv-03855 (D. Md. Jan. 10, 2005); *Bauman v. Merck & Co., Inc.,* No. 1:04-CV-707 (W.D. Tex. Jan. 10, 2005); *Pace v. Merck & Co., Inc.,* No. CIV 04-1356 (D. N.M. Jan. 10, 2005); *Teamsters Local 237 Welfare Fund v. Merck & Co., Inc.,* No 04 Civ. 9248 (S.D.N.Y. Jan. 10, 2005); *Alexander v. Merck & Co., Inc.,* No. 04-2845 (E.D. La. Jan. 7, 2005); *Benavides v. Merck & Co., Inc.,* No. L-04-153 (S.D. Tex. Jan. 7, 2005); *Burns v. Merck & Co., Inc.,* No. 04-cv-2272 (W.D. La. Jan. 7, 2005); *Dufrene v. Merck & Co., Inc.,* No. 04-CV-2418 (W.D. La. Jan. 7, 2005); *Evans v. Merck & Co., Inc.,* No. 04-cv-2276 (W.D. La. Jan. 7, 2005); *Hart v. Merck & Co., Inc.,* No., 04-cv-2370 (W.D. La. Jan. 7, 2005); *Jacques v. Merck & Co., Inc.,* No. 04-3363 (E.D. La. Jan. 7, 2005); *Leonard v. Merck & Co., Inc.,* No. 3:04-CV-2157 (N.D. Tex. Jan. 7, 2005); *Sadler v. Merck & Co., Inc.,* 04-CV-2273 (W.D. La. Jan. 7, 2005); *Smith v. Merck & Co., Inc.,* No. 04-1355 (D. Kan. Jan. 7, 2005); *White v. Merck & Co., Inc.* No. 04-4207 (S.D. Tex. Jan. 7, 2005); *Bell v. Merck & Co., Inc.,* No. H-03-3448 (S.D. Tex. Jan. 6, 2005); *Houston v. Merck & Co., Inc.,* No. 1:04-cv-2188 (D.D.C. Jan. 7, 2005); *Jones v. Merck & Co., Inc.* No. 5:04-CV-3079 (N.D. Ala. Jan. 6, 2005) (Smith, J.); *Shaw v. Merck & Co., Inc.,* No. 04-1098 (W.D. Mo. Dec. 15, 2004) (Wright, J.); *Carvallo v. Merck & Co., Inc.,* No. 04-CV-22916 (S.D. Fla. Dec. 14, 2004) (Hoeveler, J.); *Fontanilles v. Merck & Co., Inc.,* No. 04-22799 (S.D. Fla. Dec. 14, 2004) (Huck, J.); *Grant v. Merck & Co., Inc.,* No. 04-cv-6407 (N.D. Ill. Dec. 9, 2004) (Andersen, J.); *Benavidez v. Merck & Co., Inc.,* No. 5:03cv134 (S.D. Tex. Dec. 8, 2004) (Ellison, J.); *Burris v. Merck & Co., Inc.,* No. 0:04-cv-04375 (D. Minn. Dec. 8, 2004) (Boylan, M.J.); *Gerber v. Merck & Co., Inc.,* No. 04-61429 (S.D. Fla. Dec. 8, 2004) (Dimitrouleas, J.); *Morris v. Merck & Co., Inc.,* No. AW-04-3024 (D. Md. Dec. 8, 2004) (Williams, J.); *Abraham v. Merck & Co, Inc,* No. 04-22631-CIV (S.D. Fla. Dec. 7, 2004) (Martinez, J.); *Dauterman v. Merck & Co., Inc.,* No. 3:03-cv-7623 (N.D. Ohio Dec. 7, 2004) (Carr, J.); *Denny v. Merck & Co., Inc.,* No.3:04cv00526 (S.D. Tex. Dec. 6, 2004) (Kent, J.); *Williams v. Merck & Co., Inc.,* No. 2:04-cv-235 (E.D. Ky. Dec. 6, 2004) (Hood, J.); *Ratliff v. Merck & Co., Inc.,* No. 04-419 (E.D. Ky. Dec. 6, 2004) (Hood, J.); *Perkins v. Merck & Co., Inc.,* No. 4:04-cv-1446 (E.D. Mo. Dec. 2, 2004) (Autrey, J.); *Pikul v. Merck & Co., Inc.,* No. H-03-3656 (S.D. Tex. Dec. 1, 2004) (Hughes, J.); *Flores v. Merck & Co., Inc.,* No. C-03-362 (S.D. Tex. Nov. 30, 2004) (Head, J.); *Biles v. Merck & Co., Inc.,* No. 04-cv-00975 (D. Md. Nov. 30, 2004) (Blake, J.); *Edler v. Merck & Co., Inc.,* No. 03-cv-03612 (D. Md. Nov. 30, 2004) (Blake, J.); *Shannon v. Merck & Co., Inc.,* No. 2:03CV105-D-B (N.D. Miss. Nov. 29, 2004) (Davidson, J.); *Ivory v. Merck & Co., Inc.,* No. 04-CV-7218, (N.D. Ill. Nov. 29, 2004) (Aspen, J.); *Morrison v. Merck & Co., Inc.,* No. 1:03-CV-1535 (S.D. Ind. Nov. 24, 2004) (Shields, M.J.); *Lewis v. Merck & Co., Inc.,* No. 04-CV-00685 (E.D. Tex. Nov. 23, 2004) (Clark, J.); *Zellmer v. Merck & Co., Inc.,* NO. 03-CV-2530 (N.D. Ga. Nov. 23, 2004) (Story, J.); *Whitmore v. Merck & Co., Inc.,* NO, 4:03-cv-01354 (E.D. Mo. Nov. 23, 2004) (Webber, J.); *Register v. Merck & Co., Inc.,* No. 3:04-CV-2259-R (N.D. Tex. Nov. 23, 2004) (Buchmeyer, J.); *Painton v. Merck & Co., Inc.,* No. 1:04-CV-686 (E.D. Tex. Nov. 22, 2004) (Crone, J.); *Turner v. Merck & Co., Inc.,* NO. 1:04cv999-T (M.D. Ala. Nov. 22, 2004) (Thompson, J.); *Schneider v. Merck & Co., Inc.,* No. 04-22632-Civ-Moreno (S.D. Fla. Nov. 19, 2004) (Moreno, J); *Wheatley v. Merck & Co., Inc.,* No. 2:04cv0020 (W.D. Va. Nov. 19, 2004) (Jones, J.), *Stamper v. Merck & Co., Inc.,* No-04-452 JMH (E.D. Ky. Nov. 18, 2004) (Hood, J.); *Lassig v. Merck & Co., Inc.,* No. 3:03-CV-0180-M (N.D.Tex. Nov. 17, 2004) (Lynn, J.); *Glover v. Merck & Co., Inc.,* No. 03-CV-5166 (D. Minn. Nov. 17, 2004) (Noel, M.J.); *Price v. Merck & Co, Inc.,* NO. 3:04cv866LN (S.D. Miss. Nov. 16, 2004) (Nicols, M.J.); *White v. Merck & Co., Inc.,* No 3:04-cv-2136 (W.D. La. Nov. 8, 2004) (Kirk, M.J.); *Magee v. Merck & Co., Inc.,* No. 2:03cv249 (S.D. Miss. Nov. 5, 2004) (Roper, M.J.); *McFarland v. Merck & Co., Inc.,* No. 03-CV-247 (S.D. Miss. Nov. 5, 2004) (Roper, M.J.); *Daley v. Merck & Co., Inc.,* No. 6:03cv509 (E.D. Tex. Nov. 1, 2004) (Guthrie, M.J.); and *Hensley v. Merck & Co., Inc.,* No. CV-03-BE-906-E (N.D. Ala. Oct. 20, 2004) (Bowdre, J.).

particularly apt here."  Judge Kent observed there that "[i]t would not be efficient for this Court to invest its limited time and resources in this claim, only for it to be transferred to MDL. Moreover, both sides will benefit by having a court familiar with the complex issues that arise in pharmaceutical claims."  *Denny v. Merck & Co., Inc.*, No. G-04-526 (S.D. Tex. Dec. 6, 2004), slip op. at 2, *see* Abruzzi Decl. ¶ 2, Exhibit A.  *See also Davis v. Merck & Co., Inc.*, No. 04-CV-2937 (E.D. La. Jan. 5, 2005) (minute entry), *see* Abruzzi Decl. ¶ 3, Exhibit B (staying an action because of "the great likelihood that an MDL will be established and this and other related cases transferred.").  These concerns are just as pertinent in this action.

A.    **Judicial Economy Mandates a Stay.**

The factual and legal issues common to the over 300 VIOXX® cases currently pending in federal court — including this action — are abundant.  A temporary suspension of pretrial proceedings and discovery, pending transfer of the case to the MDL proceeding, will avoid needless duplication of effort by the various courts presiding over these cases.  Moreover, if this Court were not to issue a stay, it would be making rulings that would likely be reconsidered after this case is transferred to Judge Fallon's court.  As the court in *U.S. Bank* noted in granting defendant's motion for a stay, "[i]f the MDL motion is granted, all of the Court's time, energy, and acquired knowledge regarding the action and its pretrial procedures will be wasted."  *U.S. Bank, Nat'l Ass'n*, 2002 WL 31114069, at *2.  The Court should not expend its limited resources "familiarizing itself with the intricacies of a case that would be heard [for pre-trial purposes] by another judge."  *See Rivers*, 980 F. Supp. at 1360.

The Court should also not hold additional status conferences or issue additional discovery orders, because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation."

*Id.* Moreover, MDL courts regularly decide *Daubert* and dispositive motions before they return a case to the original transferor court. *See, e.g., In re Rezulin Prods. Liab. Litig.*, 309 F. Supp. 2d 531 (S.D.N.Y. 2004) (excluding plaintiffs' causation and regulatory experts under *Daubert*); *In re Propulsid Prods. Liab. Litig.*, 261 F. Supp. 2d 603 (E.D. La. 2003) (granting defendant pharmaceutical manufacturer's motion for summary judgment).  In fact, it is unlikely that this Court will ever see this case again after its transfer to MDL-1657.  A 2004 report from the Administrative Office of the United States Courts reveals that fewer than 10% of the cases that have been resolved through MDL treatment since Congress enacted the MDL statute were ever transferred back to the original transferor district.  Accordingly, a stay will conserve judicial resources.

In addition to the waste of judicial resources that would follow from proceeding with this action prior to the inevitable MDL transfer of this case, the necessarily duplicative discovery and motion practice would substantially prejudice Merck.  *See American Seafood,* 1992 WL 102762, at *2 (holding that "[t]he duplicative motion practice and discovery proceedings demonstrate that judicial economy and prejudice to the defendants weigh heavily in favor of a stay").  Plaintiffs across the country will surely notice the same set of Merck employees and former employees for deposition.  Without a stay, Merck could well be required to produce these witnesses multiple times in different jurisdictions.  For example, before the court granted a stay, plaintiffs' counsel in *Lassig v. Merck & Co., Inc*., No. M-03-0180-M (N.D. Tex.), requested a deposition of a corporate representative to testify about Merck's voluntary withdrawal of VIOXX®.  Plaintiffs' counsel in a Texas state court action has asked for the same deposition.  Without stays, such redundant discovery requests will only become more frequent as this litigation proceeds.

A stay will not unduly prejudice the Plaintiff in this action.  First, the stay would work only a brief postponement in the initiation of discovery, an inconvenience to the Plaintiff that is relatively minimal when compared to the prejudice to Merck.  *See Arthur-Magna*, 1991 WL 13725, at *1 (noting that even if a temporary stay can be characterized as a delay prejudicial to plaintiffs, there are considerations of judicial economy and hardship to defendants that are compelling enough to warrant such a delay).  Indeed, all of the parties — including the Plaintiff here — will benefit from the efficiencies of coordinated pretrial case management.  Second, this action is not on the eve of trial.  The Plaintiff served Merck in March, and discovery has not yet begun.  A short delay in the proceedings at this point in this case, when Mr. Lach has expended limited resources to date, is minimally prejudicial to the Plaintiff, if at all.  The Court should therefore stay all proceedings in this civil action, pending a determination on the transfer of this case to the MDL.

### B.    Without a Stay, There Is a Risk of Conflicting Rulings Between This Court and the MDL Court

To avoid the risk of inconsistent substantive legal rulings, pretrial proceedings in this civil action and other actions should proceed in an orderly, coordinated fashion, as directed by the single court selected by the MDL panel to coordinate these cases.  *See Mathern,* 2004 WL 1922028, at * 1 ("[A] stay of this case pending transfer to the MDL will promote judicial efficiency and avoid conflicting rulings."); *Knearem*, 2002 WL 1173551, at * 1 ("Granting a stay of this litigation avoids the possibility of inconsistent pretrial rulings.").  Accordingly, the Court should stay these proceedings to ensure the efficient and consistent resolution of pertinent legal issues before the MDL judge.

**<u>CONCLUSION</u>**

For the foregoing reasons, Merck respectfully requests that this Court grant its motion to stay all proceedings in this case pending transfer to the MDL proceeding that has been established in the Eastern District of Louisiana.


Date:  April 13, 2005.

MERCK & CO., INC.
By its attorneys:

 */s/ Bradley E. Abruzzi*
James J. Dillon (BBO# 124660)
Bradley E. Abruzzi (BBO# 651516)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110-2600
(617) 832-1000

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 13, 2005, I served a copy of the foregoing DEFENDANT MERCK & CO., INC.'S MEMORANDUM IN SUPPORT OF ITS CONSENTED-TO MOTION TO STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by regular mail upon:

Philip F. Mulvey, Jr.
Law Office of Philip F. Mulvey, Jr., P.C.
536 Main Street
Falmouth, Massachusetts  02540
**Counsel for Plaintiff John D. Lach**

*/s/ Bradley E. Abruzzi*

# EXHIBIT A

A CERTIFIED TRUE COPY

FEB 1 6 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
U S DISTRICT COURT
EASTERN DISTRICT OF LA   FEB 1 6 2005

*RELEASED FOR PUBLICATION*   2005 FEB 17  A II: 37   CLERK'S OFFICE
FILED

*DOCKET NO. 1657*   LORETTA G WHYTE
CLERK

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

This litigation presently consists of 148 actions pending in 41 federal districts and listed on the attached Schedule A  Before the Panel are two motions, pursuant to 28 U S C  § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all but one of these actions.[1]  Plaintiff in one Eastern Louisiana action seeks centralization of this litigation in the Eastern or Western Districts of Louisiana  Defendant Merck & Co., Inc. (Merck) moves for centralization of this litigation in either the District of Maryland, the Southern District of Indiana, or the Northern District of Illinois. Merck also agrees with some plaintiffs that the District of New Jersey would be an appropriate transferee district. AmerisourceBergen Corp., a wholesaler defendant, supports centralization in the Maryland district  Most responding plaintiffs agree that centralization is appropriate, although some plaintiffs suggest alternative transferee districts, including the Northern District of Alabama, the Central or Northern Districts of California, the District of Delaware, the Southern District of Illinois, the District of Minnesota, the Eastern District of Missouri, the District of New Jersey, the Eastern or Southern Districts of New York, the Northern or Southern Districts of Ohio, the Western District of Oklahoma, the Eastern District of Pennsylvania, and the Southern or Western Districts of Texas

---

* Judge Motz took no part in the decision of this matter

[1] Included in the Section 1407 motions were eleven additional actions pending in the Central District of California (2), the Southern District of California (1), the Southern District of Illinois (2), the Southern District of Indiana (1), the Western District of Missouri (1), the Southern District of New York (1), the Northern District of Texas (1), and the Southern District of Texas (2)  These actions have been either remanded to their respective state courts, voluntarily dismissed, or otherwise closed  Accordingly, inclusion of the actions in Section 1407 proceedings is moot

One other action – *Teamsters Local 237 Welfare Fund, et al  v  Merck & Co , Inc* , S D  New York, C.A  No  1:04-9248 – was not included on either MDL-1657 motion and is now included in this transfer order. All parties to this action had notice of the proceedings before the Panel relating to Section 1407 centralization and had an opportunity to participate in those proceedings by stating their respective positions in writing and during the Panel's hearing session

The Panel has been notified of nearly 300 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7 4 and 7 5, R P J P M L , 199 F R D  425, 435-36 (2001)

Fee:_____
Process___
X Dktd Dep_____
__ Ctrm Dep._____
__/__ CtRmDep_____
_____ Doc. No _____

- 2 -

A CERTIFIED TRUE COPY

ⁿⁿⁿ 3 1 ⁿⁿⁿ

The three arguments in opposition to Section 1407 centralization can be summarized as follows: plaintiffs in two actions oppose inclusion of their actions in MDL-1657 proceedings because motions to remand their actions to state court are pending; plaintiffs in several Southern Texas actions along with plaintiffs in one third-party payor action pending in the Southern District of New York oppose these actions' inclusion in MDL-1657, arguing that individual questions of fact in their actions predominate over any common questions of fact and/or that discovery is already underway in these actions; and plaintiffs in one action pending in the Eastern District of New York oppose inclusion of their action in 1407 proceedings, since it involves additional claims relating to a different prescription medication not involved in other MDL-1657 actions

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions focus on alleged increased health risks (including heart attack and/or stroke) when taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers  Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary

The pendency of a motion to remand to state court is not a sufficient basis to avoid inclusion in Section 1407 proceedings  We note that motions to remand in two actions, one action each in the District of Kansas and the Eastern District of Missouri, as well as in any other MDL-1657 actions can be presented to and decided by the transferee judge  *See, e g , In re Ivy*, 901 F 2d 7 (2d Cir 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F Supp 2d 1346, 1347-48 (J P M L 2001).

Nor are we persuaded by the arguments of some opposing Texas plaintiffs and the New York third-party payor plaintiffs  We point out that transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that: 1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F Smith Patent Litigation*, 407 F Supp 1403, 1404 (J P M L 1976); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties  We note that the MDL-1657 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation  In any event, we leave the extent and manner of coordination or consolidation of these actions to the discretion of the transferee court  *In re Mutual Funds Investment Litigation*, 310 F Supp 2d 1359 (J P M L 2004). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district  But we are unwilling, on the basis of the record before us, to make such a determination at this time  Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay  *See* Rule 7.6, 199 F R D. at 436-38. We are confident in the transferee judge's ability to streamline pretrial proceedings in these actions, while concomitantly directing the appropriate resolution of all claims.

- 3 -

The Panel is persuaded, however, that claims involving a prescription drug other than Vioxx in one Eastern District of New York action do not share sufficient questions of fact with claims relating to Vioxx to warrant inclusion of these non-Vioxx claims in MDL-1657 proceedings

Given the geographic dispersal of constituent actions and potential tag-along actions, no district stands out as the geographic focal point for this nationwide docket Thus we have searched for a transferee judge with the time and experience to steer this complex litigation on a prudent course By centralizing this litigation in the Eastern District of Louisiana before Judge Eldon E. Fallon, we are assigning this litigation to a jurist experienced in complex multidistrict products liability litigation and sitting in a district with the capacity to handle this litigation

IT IS THEREFORE ORDERED that, pursuant to 28 U S C § 1407, the actions listed on the attached Schedule A and pending outside the Eastern District of Louisiana are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E Fallon for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

IT IS FURTHER ORDERED that claims in *Dominick Cain, et al. v Merck & Co , Inc., et al* , E D New York, C A No. 1:01-3441, against Pharmacia Corp , Pfizer Inc., and G D. Searle & Co relating to a prescription medication other than Vioxx are simultaneously separated and remanded to the Eastern District of New York.

FOR THE PANEL:

Wm Terrell Hodges
Chairman

# SCHEDULE A

MDL-1657 -- In re Vioxx Products Liability Litigation

**SECT. L MAG. 3**

*CASE No. ASSIGNED*
*EASTERN DIST OF LOUISIANA*

### Middle District of Alabama

Paul Turner, Sr. v. Merck & Co., Inc., C.A. No. 1:04-999     05-0428
Danny M. Wilson v. Merck & Co., Inc., C.A. No. 2:03-844     05-0429

### Northern District of Alabama

Carolyn O. Hensley, etc. v. Merck & Co., Inc., C.A. No. 1:03-906     05-0430
William Cook v. Merck & Co., Inc., et al., C.A. No. 2:02-2710     05-0431
Sharon Scott Jones v. Merck & Co., Inc., C.A. No. 5:04-3079     05-0432

### Southern District of Alabama

Carolyn Younge, etc. v. Merck & Co., Inc., et al., C.A. No. 1:03-125     05-0433

### Eastern District of Arkansas

Linda Sue Otts v. Merck & Co., Inc., C.A. No. 5:04-57     05-0434

### Western District of Arkansas

Bobby Brown, et al. v. Merck & Co., et al., C.A. No. 4:04-4140     05-0435
Arthur Fulton, etc. v. Merck & Co., Inc., C.A. No. 6:03-6107     05-0436

### Central District of California

Charles Ashman v. Merck & Co., Inc., C.A. No. 2:04-8225     05-0437
Janet Briggs v. Merck & Co., Inc., C.A. No. 2:04-9275     05-0438

### Northern District of California

Kathy Tokes v. Merck & Co., Inc., C.A. No. 3:04-4435     05-0439
Patricia A. Taylor v. Merck & Co., Inc., C.A. No. 3:04-4510     05-0440
Jeffrey Brass v. Merck & Co., Inc., C.A. No. 3:04-4521     05-0441

### Middle District of Florida

Frances Dunleavey, et al. v. Merck & Co., Inc., C.A. No. 2:04-539     05-0442

- A2 -

**MDL-1657 Schedule A (Continued)**

SECT. L MAG. 3

### Northern District of Florida

Benjamin Burt, et al  v  Merck & Co., Inc., C.A. No. 3:04-388                    05-0443

### Southern District of Florida

Ellen B. Gerber, et al  v  Merck & Co., Inc., C.A. No. 0:04-61429                 05-0444
Josefa Abraham, et al  v. Merck & Co., Inc., C.A. No. 1:04-22631                 05-0445
Sidney Schneider v  Merck & Co., Inc., et al, C.A. No 1:04-22632                 05-0446
Clara Fontanilles v. Merck & Co., Inc., C.A. No. 1:04-22799                      05-0447
Stanley Silber, et al  v  Merck & Co., Inc., C.A No 9:04-80983                   05-0448

### Northern District of Georgia

Richard Zellmer v  Merck & Co., Inc., et al, C.A No 1:03-2530                    05-0449
Edna Strickland v  Merck & Co., Inc., C.A. No. 1:04-3231                         05-0450

### Northern District of Illinois

Linda Grant, et al  v  Merck & Co., Inc., C.A. No. 1:04-6407                     05-0451
Constance Oswald v  Merck & Co., Inc., C.A. No 1:04-6741                         05-0452
Anita Ivory v  Merck & Co, Inc, C.A No. 1:04-7218                                05-0453

### Southern District of Illinois

Roberta Walson, etc. v  Merck & Co., Inc., C.A. No. 3:04-27                      05-0454
John Ellis v. Merck & Co., Inc., et al, C.A. No 3:04-792                         05-0455
Bilbrey v. Merck & Co., Inc, C.A. No 3:04-836                                    05-0456

### Southern District of Indiana

Estate of Lowell D Morrison v  Merck & Co., Inc., C.A No 1:03-1535              05-0457
Kimberly Van Jelgerhuis, et al  v  Merck & Co., Inc., C.A No 1:04-1651          05-0458

### District of Kansas

Vicky Hunter v  Merck & Co., Inc., C.A No 2:04-2518                              05-0459
Betty S Smith v. Merck & Co., Inc., C.A No 6:04-1355                             05-0460

- A3 -

**MDL-1657 Schedule A (Continued)**

**SECT. L MAG. 3**

### Eastern District of Kentucky

| | |
|---|---|
| Daniel K. Williams v Merck & Co., Inc , C.A. No. 2:04-235 | 05-0461 |
| Richard J Getty, et al v Merck & Co., Inc, C.A. No 5:04-452 | 05-0462 |

### Eastern District of Louisiana

Salvadore Christina, Sr v Merck & Co , Inc , C.A. No 2:04-2726
Angelis Alexander v Merck & Co., Inc , C.A. No. 2:04-2845
Leonce Davis v. Merck & Co., Inc , C.A. No 2:04-2937
Mary V. Gagola v Merck & Co., Inc., C.A. No 2:04-3053
Christine L Parr v Merck & Co , Inc , C.A No 2:04-3054
Clifton Adam Savage, Sr v. Merck & Co , Inc., C.A. No. 2:04-3055
Delores Thomas Robertson v Merck & Co , Inc., C.A. No. 2:04-3056
Howard Mark Falick v. Merck & Co., Inc , C.A No 2:04-3060
Warren L Gottsegen, M D v Merck & Co , Inc , C.A. No. 2:04-3065

### Middle District of Louisiana

| | |
|---|---|
| Michael Wayne Russell v Merck & Co , Inc , C.A. No. 3:04-712 | 05-0463 |
| Linda Kay Hudson v Merck & Co , Inc , C.A No 3:04-776 | 05-0464 |
| Jesse Wilkinson v Merck & Co , Inc , C.A. No. 3:04-800 | 05-0465 |
| Wilson Brown v Merck & Co , Inc., C.A No 3:04-801 | 05-0466 |
| Dorothy Bracken v Merck & Co. Inc , C.A. No 3:04-802 | 05-0467 |
| James Edward Benoit v Merck & Co , Inc., C.A No 3:04-803 | 05-0468 |
| Clarence Chiszle v Merck & Co , Inc., C.A. No 3:04-804 | 05-0469 |

### Western District of Louisiana

| | |
|---|---|
| Anthony J. Mallet, et al v Merck & Co , Inc , et al., C A No. 2:02-2304 | 05-0470 |
| Calvin Warren, et al v Merck & Co , Inc., C.A No 3:04-2110 | 05-0471 |
| Vicki White v Merck & Co , Inc , C.A. No. 3:04-2126 | 05-0472 |
| Norma Merrit, et al. v. Merck & Co , Inc , C.A No 5:03-1401 | 05-0473 |
| Herchial Wright, et al v Merck & Co , Inc , C A No 5:04-2268 | 05-0474 |
| Leroy Bates, et al v Merck & Co , Inc , C.A. No. 5:04-2269 | 05-0475 |
| Vaughn McKnight v. Merck & Co , Inc , C.A No 5:04-2270 | 05-0476 |
| Josephine Harper v Merck & Co., Inc., C.A. No. 5:04-2271 | 05-0477 |
| Lendell Burns, et al v Merck & Co., Inc., C.A. No. 5:04-2272 | 05-0478 |
| Leona Sadler v Merck & Co , Inc , C.A No 5:04-2273 | 05-0479 |
| William Tice, et al v Merck & Co., Inc , C.A No 5:04-2274 | 05-0480 |
| Maynard Butler, et al v Merck & Co , Inc , C.A No 5:04-2275 | 05-0481 |
| Marion Evans, et al v. Merck & Co , Inc , C.A. No. 5:04-2276 | 05-0482 |
| Donna Lavergne v Merck & Co . Inc , C.A No 6:04-2174 | 05-0483 |

- A4 -

**MDL-1657 Schedule A (Continued)**

### District of Maryland

| | |
|---|---|
| *Lindsey Edler, etc. v. Merck & Co , Inc* , C.A. No 1:03-3612 | 05-0484 |
| *Melvin Biles v. Merck & Co , Inc* , C A. No. 1:04-975 | 05-0485 |
| *David Morris, Jr. v Merck & Co , Inc.*, C.A. No 8:04-3024 | 05-0486 |
| *Daniel Martin Jeffers, et al. v. Merck & Co , Inc* , C.A No 8:04-3604 | 05-0487 |

### District of Massachusetts

| | |
|---|---|
| *Frank R. Saia v Merck & Co , Inc* , C.A. No. 1:04-12166 | 05-0488 |

### District of Minnesota

| | |
|---|---|
| *Carolyn Y. Glover v. Merck & Co., Inc* , C A No 0:03-5166 | 05-0489 |
| *Lowell Burris, Jr. v Merck & Co , Inc* , C A. No. 0:04-4375 | 05-0490 |
| *Shirley Homister v Merck & Co , Inc.*, C A. No. 0:04-4754 | 05-0491 |

### Northern District of Mississippi

| | |
|---|---|
| *Frances Shannon, et al. v. Merck & Co., Inc., et al* , C A No. 2:03-105 | 05-0492 |

### Southern District of Mississippi

| | |
|---|---|
| *Leona McFarland et al. v. Merck & Co., Inc., et al* , C A No 2:03-247 | 05-0493 |
| *Bettye J. Magee, et al v Merck & Co , Inc , et al* , C.A. No 2:03-249 | 05-0494 |
| *Jerry Melton v Merck & Co , Inc , et al* , C.A No 2:04-372 | 05-0495 |
| *Janet Sue Morgan, et al v Merck & Co., Inc., et al.*, C A No 3:03-435 | 05-0496 |
| *Brenda Price, et al v Merck & Co , Inc , et al* , C A. No 3:04-866 | 05-0497 |

### Eastern District of Missouri

| | |
|---|---|
| *Deyonne E Whitmore v Merck & Co , Inc* , C A No 4:03-1354 | 05-0498 |
| *Janice Perkins v. Merck & Co., Inc* , C A. No. 4:04-1446 | 05-0499 |
| *Jurhee Bench v Merck & Co , Inc.*, C A. No 4:04-1447 | 05-0500 |

### Western District of Missouri

| | |
|---|---|
| *Caroline Nevels v Merck & Co , Inc , et al* , C A No 4:04-952 | 05-0501 |
| *Russell Young, etc v Merck & Co.*, C A No 6:04-5117 | 05-0502 |

- A5 -

**MDL-1657 Schedule A (Continued)**

SECT. I MAG. 3

### District of New Jersey

| | |
|---|---|
| Patrick Besaw v Merck & Co , Inc , C.A No 3:04-5178 | 05-0503 |
| Brenda Aguero, et al v Merck & Co , Inc , C.A No 3:04-5341 | 05-0504 |

### Eastern District of New York

| | |
|---|---|
| Dominick Cain, et al v Merck & Co , Inc , et al., C A No. 1:01-3441 | 05-0505 |
| William Hanson v Merck & Co , Inc., C A No 1:04-2949 | 05-0506 |
| Jerome Covington v. Merck & Co , Inc , C.A. No 1:04-4439 | 05-0507 |
| Alan Mell v Merck & Co., Inc , C A No. 1:04-4606 | 05-0508 |
| Lorraine Fialo v. Merck & Co., Inc , C.A No. 1:04-4686 | 05-0509 |
| Lawrence Wright, et al v Merck & Co , Inc , C.A No 2:04-4485 | 05-0510 |
| William Fontanetta, et al. v. Merck & Co , Inc , C A. No 2:04-4486 | 05-0511 |

### Southern District of New York

| | |
|---|---|
| Laney C Davis v Merck & Co , Inc , C A No. 1:04-8082 | 05-0512 |
| Elizabeth Aiken v Merck & Co , Inc , C.A No. 1:04-8085 | 05-0513 |
| Walter McNaughton v Merck & Co Inc , C A No. 1:04-8297 | 05-0514 |
| Carmen M Pagan, et al v Merck & Co , Inc , C A. No. 1:04-8959 | 05-0515 |
| Teamsters Local 237 Welfare Fund, et al v. Merck & Co , Inc , C.A No 1:04-9248 | 05-0516 |
| Anna Quick v Merck & Co , Inc , C A. No. 7:04-8169 | 05-0517 |

### Northern District of Ohio

| | |
|---|---|
| Marjory Knoll v Merck & Co., Inc., C.A. No. 1:04-2209 | 05-0518 |
| Danford K Jones et al v Merck & Co , Inc , C A No 1:04-2217 | 05-0519 |
| James F. Meadows, et al v Merck & Co., Inc., C.A. No. 1:04-2229 | 05-0520 |
| Wanda Moldovan et al v Merck & Co., Inc., C.A. No 1:04-2245 | 05-0521 |
| Janet Dauterman, et al v Merck & Co , Inc , C A No 3:03-7623 | 05-0522 |

### Western District of Oklahoma

| | |
|---|---|
| Paul E House v. Merck & Co., Inc., C A No 5:04-1235 | 05-0523 |

### Eastern District of Pennsylvania

| | |
|---|---|
| Henry Smith, et al v Merck & Co., Inc., C A No 2:04-4713 | 05-0524 |
| Michelle Donovan v Merck & Co., Inc., C.A No. 2:04-4882 | 05-0525 |
| Gwendolyn L. Carr v. Merck & Co , Inc , C.A. No 2:04-4900 | 05-0526 |
| Fred S Engle v Merck & Co., Inc., C.A. No. 2:04-5077 | 05-0527 |
| Merrick Sirota, et al v Merck & Co., Inc , C A No 2:04-5130 | 05-0528 |

- A6 -

MDL-1657 Schedule A (Continued)



District of Puerto Rico

*Rafael Gonzalez-Arias, et al v Merck & Co , Inc , C.A No 3:04-2263*          05-0529

District of South Carolina

*Bridget Elaine Michaud, etc v Merck & Co., Inc., C A. No 4:03-3083*          05-0530

Eastern District of Texas

*Arthur Clifford Hall, et al v Merck & Co , Inc., C.A. No 1:04-684*          05-0531
*Brenda Lewis, et al v Merck & Co., Inc , C A. No 1:04-685*          05-0532
*Billie Painton, et al v Merck & Co , Inc , C.A No 1:04-686*          05-0533
*Lovincy Richard, et al v. Merck & Co , Inc., et al , C.A. No. 1:04-703*          05-0534
*Bill Jolley, et al. v. Merck & Co , Inc , C A. No 2:04-376*          05-0535
*Marian Williamson, etc v Merck & Co , Inc , C A No 2:04-406*          05-0536
*Deborah Daley, etc v Merck & Co., Inc , et al., C.A No 6:03-509*          05-0537

Northern District of Texas

*Dellas Staples, et al v Merck & Co , Inc , et al , C A No 3:03-180*          05-0538
*Michael R Leonard v Merck & Co , Inc , C A. No 3:04-2157*          05-0539
*Jack A Register, et al v Merck & Co , Inc , et al , C.A No. 3:04-2259*          05-0540

Southern District of Texas

*Heirs of the Estate of Pablo Flores v. Merck & Co . Inc , et al , C.A. No. 2:03-362*          05-0541
*Audona Sandoval v. Merck & Co , Inc , C A No. 2:04-544*          05-0542
*Jeffrey L. Denny, et al v Merck & Co., Inc., et al , C.A No 3:04-526*          05-0543
*Kimberly D Stubblefield, etc v. Merck & Co, Inc., et al , C A. No. 4:02-3139*          05-0544
*John P Eberhardt v Merck & Co , Inc , C.A. No 4:03-1380*          05-0545
*Myrtle Louise Bell, et al v Merck & Co., Inc , C A No 4:03-3448*          05-0546
*Thomas Joseph Pikul, etc v Merck & Co , Inc., et al., C A No 4:03-3656*          05-0547
*Opalene Stringer, et al v Merck & Co., Inc., et al , C A 4:03-3657*          05-0548
*Reginald K Fears v Merck & Co , Inc , C.A. No. 4:04-4187*          05-0549
*Peggy J Balch v Merck & Co , Inc , C.A. No. 4:04-4201*          05-0550
*John R Stout v Merck & Co , Inc , C.A. No 4:04-4205*          05-0551
*Charles C. Gilmore v Merck & Co., Inc., C.A. No 4:04-4206*          05-0552
*Johnny White v Merck & Co , Inc , C.A. No 4:04-4207*          05-0553
*Donna Hale v Merck & Co , Inc , C A No 4:04-4208*          05-0554
*Bernadette Young v Merck & Co , Inc , C.A. No. 4:04-4209*          05-0555
*William B Gregory, Jr. v Merck & Co., Inc., C.A. No 4:04-4327*          05-0556

- A7 -

MDL-1657 Schedule A (Continued)

### Southern District of Texas (Continued)

| | |
|---|---|
| Patricia Benavides, etc. v. Merck & Co., Inc., et al., C A No 5:03-134 | 05-0557 |
| Patricia Benavides, etc. v Merck & Co., Inc., et al., C A No 5:04-153 | 05-0558 |
| Olga Sanchez v Merck & Co., Inc., et al., C A No. 7:04-352 | 05-0559 |
| Maria Emma Hinojosa v Merck & Co., Inc., C.A. No. 7:04-373 | 05-0560 |

### Western District of Texas

| | |
|---|---|
| Joe Hopson, etc. v Merck & Co., Inc., et al., C A No 1:04-485 | 05-0561 |
| Larry Lee Bauman, et al. v Merck & Co., Inc, C A No. 1:04-707 | 05-0562 |
| Carolyn Reed etc v Minor, et al, C A No. 1:04-731 | 05-0563 |

### District of Utah

| | |
|---|---|
| Della Jo Salt, et al v Merck & Co., Inc., C A No 2:01-794 | 05-0564 |

### District of Vermont

| | |
|---|---|
| Sara Cheeseman v Merck & Co Inc, C A No 1:04-261 | 05-0565 |

### Western District of Virginia

| | |
|---|---|
| Catherine Wheatley, etc v Merck & Co., Inc., et al., C.A. No. 2:04-20 | 05-0566 |

Judicial Panel on Multidistrict Litigatio    Panel Attorney Service List                                          Page 1

Docket: 1657 - In re Vioxx Products Liability Litigation                          SCHEDULE B
Status:   Transferred on 02/16/2005
Transferee District: LAE      Judge: Fallon, Eldon E                              Printed on 02/16/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Allen Jr T Scott<br>Cruse Scott Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston TX 77019 | => Arango M D , Dario*; Dario Arango, M D . P A  dba Arango Family & Industrial Clinic*· Dennis Dr<br>Michael D *; Suderman. D O  Emery L * |
| Americsourcebergen<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook PA 19087 | => Amerisource  Inc ; Amerisourcebergen#; Bergen Brunswig Drug Co # |
| Arsenault  Richard J<br>Neblett Beard & Arsenault<br>P O  Box 1190<br>Alexandria LA 71309-1190 | => Lavergne  Donna |
| Aylstock  Bryan F<br>Aylstock  Witkin & Sasser  P L C<br>55 Baybridge Drive<br>Gulf Breeze FL 32561 | => Price Bobby; Price Brenda |
| Bailey  Blake H<br>Bailey Law Firm<br>112 South Broadway<br>Tyler TX 75702 | => Bailey Jeriene*; Ford. James*; Harrington John*; Hollandsworth  James*; Irvin  Barbara*; Jolley<br>Bill*; Morrison. Ethel*· Smith  Shirley*; Williams James*; Young  David* |
| Barkley  Steven C<br>3560 Delaware<br>Suite 305<br>Beaumont TX 77706 | => Hall (Ind /Rep /Est -Margaret Isabel) Arthur Clifford; Hall Eliot: Hall  Frank Harold |
| Barrett  David A<br>Boies  Schiller & Flexner LLP<br>570 Lexington Avenue<br>16th Floor<br>New York NY 10022 | => Cain Alex*; Moss. Bobbie*; Watkins  William* |
| Becnel, Bradley Douglas<br>Law Offices Of Daniel E  Becnel, Jr<br>425 W  Airline Hwy<br>Suite B<br>Laplace LA 70068 | => Savage  Sr  Clifton Adam |
| Becnel  Jr  Daniel E<br>Law Offices of Daniel E  Becnel Jr<br>106 West Seventh Street<br>P O  Drawer H<br>Reserve LA 70084-2095 | => Benoit James Edward; Bracken. Dorothy  Brown  Wilson; Chiszle  Clarence: Christina, Sr  Salvadore*;<br>Davis  Leonce; Falick. Howard Mark; Gagola  Mary V ; Hudson  Linda Kay; Parr  Christine L ;<br>Robertson  Delores Thomas; Wilkinson. Jesse |
| Bergen Brunswig.<br>P O  Box 959<br>Valley Forge  PA 19482 | => Bergen Brunswig Drug Co  dba Amerisourcebergen |
| Berger. C  William<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road | => Silber  Stanley; Silber. Susan |

Note: Please refer to the report title page for complete report scope and key

*(Panel Attorney Service List for MDL 1657 Contin:*                                                    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 337W
Boca Raton, FL 33431

Birchfield Jr Andy D
Beasley Allen Crow Methvin Portis & Miles
P O Box 4160
234 Commerce Street
Montgomery AL 36103-4160

=> Abram Antoinette*; Adams (Behalf-Janet) Eddie William*; Brown (Behalf-Stephen Anthony) Tracy*; Chapman, Eunice*; Cook, William*; Early Reginald*; Eckols Lula*; Eckols Tommy Lee*; Flanagan Geneva L *; Gough, Jerry*; Halbert Josephine*; Harmon Roy*; Holmes Gene*; Hopkins (Behalf-Emma Conner) Willie Mae*; Hudson Camillia Faye*; Johnson. Sharon*; Jones Annie*; Jones, Jessie Lee*; King Tonya Lynn*; Logan Joe W *; Magee. Bettye J *; Maynor Linder*; McFarland Leona*; McMillan Louise*; McNeil Bessie*; Morgan Janet Sue*; Morgan Stephanie*; Moulds (Behalf-Alice Lessie Atchley) Rachel*; Norwood Annie*; Oliver (Behalf-Kenneth Ray) Frances Ann*; Otts Linda Sue*; Parsons Mary*; Payton Eddie William*; Pegues Riella*; Powell. Susie M *; Smith. James*; Starling. Lamont*; Sykes. Melissa*; Tucker Barbara*; Warren James Howard*; Wheatley (Adm /Est -Carl) Catherine*; Wheaton Rosie C *; Younge (Ind /Adm /Est -Charles Marvin) Carolyn*; Zellmer, Richard*

Bradford Reshonda L
Singleton Law Firm
4050 Linwood Ave
Shreveport LA 71108

=> Allegretto Fran; Anderson, Comecia; Anderson Frederick; Baylor. Ruthie; Brooks Magaline; Edwards Joe Ree; Garcie Mattie; Hall Calvin; Kersee Mary; Merrit Norma; Netter Carlos; Payne Minnie; Rice Thelma; Upshaw James

Bruno Joseph M
Bruno & Bruno LLP
855 Baronne Street
New Orleans LA 70113

=> Alexander Angelis*

Buchanan Virginia M
Levin Papatonio Thomas Mitchell et al
316 South Baylen Street Suite 600
P O Box 12308
Pensacola FL 32501

=> Burt Benjamin R ; Burt Shirley

Cabraser Elizabeth J
Lieff Cabraser Heimann & Bernstein. LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco CA 94111-3339

=> Aguero. Brenda*; Herke Sherrill*

Carboy Andrew J
Sullivan. Papain. Block McGrath & Cannavo
120 Broadway
18th Floor
New York NY 10271

=> Fontanetta, Robin; Fontanetta William

Carroll Raymond S
Law Offices Of Weiner,carroll & Strauss
119 Rockland Center
Suite 425
Nanuet NY 10954

=> McNaughton Walter*

Colingo Joseph R
Williams Heidelberg et al
P O Box 1407
711 Delmas Avenue
Pascagoula MS 39568-1407

=> Stewart Dr Reginald

Cory. Ernest
Cory Watson Crowder & DeGaris P C
2131 Magnolia Avenue

=> Fulton (Adm /Est -Rebeka Kayla Schultz) Arthur*; Hensley (Exe /Est -Henry Lee) Carolyn O *

*(Panel Attorney Service List for MDL I 657 Contin*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 200 | |
| Birmingham AL 35205 | |
| Craig Jr C York | => Columbia Discount Drugs Inc ; Super D #143 |
| Craig Hester Luke & Dodson | |
| P O Box 12005 | |
| Jackson MS 39236-2005 | |
| Crum Richard E | => Turner Sr Paul* |
| Cobb Shealy Crum & Derrick, P A | |
| P O Box 6346 | |
| Dothan AL 36302-6346 | |
| D Amato Jr John Michael | => Fialo, Lorriane |
| Russo Scamardella & D Amato P C | |
| 1010 Forest Avenue | |
| Staten Island NY 10310 | |
| Deters Eric C | => Williams Daniel K * |
| Eric C Deters & Associates P S C | |
| 5247 Madison Pike | |
| Independence KY 41051 | |
| Dixon Ivan | => Dixon. Ivan |
| 8413 Edgewood Drive | |
| Rowlett TX 75089 | |
| Eberhardt John P | => Eberhardt John P |
| #1083045 | |
| 1100 FM 655 | |
| Rosharon TX 77583 | |
| Edelman Daniel A | => Ivory Anita |
| Edelman Combs & Latturner LLC | |
| 120 South LaSalle Street | |
| 18th Floor | |
| Chicago IL 60603 | |
| Edmonson, Richard M | => Fred s Express |
| Armstrong Allen PLLC | |
| 4450 Old Canton Road | |
| Suite 210 | |
| Jackson MS 39211 | |
| Fayard, Jr. Calvin C | => Russell Michael Wayne* |
| Fayard & Honeycutt | |
| 519 Florida Avenue S W | |
| Denham Springs LA 70726 | |
| Fears, Reginald K | => Fears Reginald K |
| James H Byrd Unit | |
| 21 FM 247 | |
| Huntsville TX 77320 | |
| Federman William B | => House. Paul E *; Leonard Michael R * |
| Federman & Sherwood | |
| 120 North Robinson Avenue | |
| Suite 2720 | |
| Oklahoma City OK 73102 | |

(Panel Attorney Service List for MDL 1 657 Contin.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta Ronald V<br>Kenneth B Moll & Associates Ltd<br>Three First National Plaza<br>50th Floor<br>Chicago IL 60602 | => Chartrand, Larry*; Grant Linda* |
| Flowers R Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg MS 39401 | => Willis M D  Todd |
| Foster Shawn G<br>Davis, Bethune & Jones LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City MO 64105 | => Bench Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas TX 75204 | => Baldoni, Eugene; Blumfield Travis; Brumfield Travis; Lassig Ashley; Lassig Leonard; Lassig Martha;<br>Pearson Carolyn; Pearson Elizabeth; Smith Carolyn; Smith Eric; Staples Billy; Staton<br>(Ind /Per /Rep /Heirs/Est -David Wayne) Rosa Linda; Valdone Chip |
| Freese Richard A<br>Sweet & Freese PLLC<br>PO Box 1178<br>Jackson MS 39215 | => Melton  Jerry |
| Gallagher Michael T<br>Gallagher Law Firm P C<br>777 Walker Street<br>Suite 2500<br>Houston TX 77002 | => Balch Peggy J * |
| Gancedo Hector G<br>Gancedo & Nieves<br>144 West Colorado Blvd<br>Pasadena, CA 91105 | => Briggs Janet |
| Garcia Ricardo A<br>820 S Main Street<br>McAllen, TX 78501 | => Sanchez Olga* |
| Gibson Mary<br>PO Box 400<br>St Marys GA 31558 | => Gibson, Mary |
| Goldser, Ronald S<br>Zimmerman Reed PLLP<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis MN 55402-4123 | => Dauterman: Brock; Dauterman Holly; Dauterman Janet; Dauterman Rod: Dauterman, Ryan; Glover<br>Carolyn Y ; Michaud (Ind /Per /Rep  on behalf of the Estate of Andre Adrian Michaud  Decedent Andre<br>Adrian Michaud)  Bridget Elaine; Whitmore, Deyonne E |
| Goldwasser Andrew S<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland OH 44113 | => Knoll Marjory |

*Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo C Anthony<br>Watson Jimmerson Givhan et al<br>203 Greene Street<br>P O Box 18368<br>Huntsville AL 35804 | => Jones Sharon Scott |
| Griesenbeck, Tim T<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N E Loop 410<br>P O Box 795061<br>San Antonio TX 78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith Patricia<br>1045 Evelyn Avenue<br>Clarksdale MS 38614<br>*** Bad Address *** | => Griffith Patricia |
| Guerriero. Jeffrey D<br>Guerriero & Guerriero<br>P O Box 4092<br>Monore LA 71211-4092 | => Warren Calvin; Warren Jessica |
| Harke Lance A<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami FL 33130 | => Fontanilles Clara |
| Hebderson Craig D<br>Gary Thomasson Hall & Mark<br>Professional Corp<br>P O Box 2888<br>210 S Carancahua<br>Corpus Christi TX 78403 | => Reed (Ind /widow-Johnney) Carolyn |
| Hockema David Hadden<br>Hockema, Tippit & Escobedo L L P<br>1 Paseo Del Prado<br>Bldg 101<br>P O Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges Robert M<br>Wise Carter. Child & Caraway<br>P O Box 651<br>Jackson. MS 39205-0651 | => Mississippi Emergency Associates P A |
| Howell III Jesse L<br>Copeland Cook, Taylor & Bush P A<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P O Box 6020<br>Ridgeland MS 39158-6020 | => Bonners Pharmacy* |
| Hughes John F<br>Wilkins Stephens & Tipton<br>P O Box 13429<br>Jackson MS 39236-3429 | => Reid, M D Richard |

Note: Please refer to the report title page for complete report scope and key

*(Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Hutton, Mark B<br>Hutton & Hutton<br>P O Box 638<br>Wichita KS 67201 | => Smith, Betty S |
| Hylla, David A<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P O Box 975<br>Edwardsville IL 62025<br>*** Bad Address *** | => Bilbrey, Patricia |
| Johnson, Dennis J<br>Johnson & Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>S Burlington VT 05403 | => Cheeseman Sara* |
| Johnson Walter T<br>Watkins & Eager<br>P O Box 650<br>Jackson MS 39205-0650 | => G D Searle & Co ; G D Searle LLC· Monsanto Co ; Pharmacia Corp |
| Johnson III Whitman B<br>Currie Johnson, Griffin Gaines & Myers<br>P O Box 750<br>Jackson MS 39205-0750 | => Lee M D Charles D |
| Jones Christy D<br>Butler Snow O Mara Stevens & Cannada<br>P.O. Box 22567<br>Jackson MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson Richard L<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston TX 77002-9934 | => R/D Clinical Research Inc · Resnick M D Harvey |
| Katz, Melissa C<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas TX 75204 | => Barcham, Sandra· Bolen Larry; Briggs Robert; Conditt Kathy; Holland Michael; Joiner Sherri·<br>Knowles Katrina; Lenormand Pamela; Mitchell, Robert: Taucer Albert; Thompson John; Tucker Jerry |
| Kegerreis Sharon L<br>Hughes Hubbard & Reed LLP<br>201 S Biscayne Boulevard<br>Suite 2500<br>Miami FL 33131-4332 | => Publix Super Markets, Inc |
| Kennedy R Eric<br>Weisman Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | => Jones Danford K *· Jones Gilda C * |
| Kleinberg Norman C<br>Hughes Hubbard & Reed LLP | => Merck & Co Inc * |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

One Battery Park Plaza
New York NY 10004

Knoll, Marjory                     => Meadows, James E *; Meadows Jr , James E ; Meadows June; Meadows, Stephen G
Law Office Of Robert J Dicello
7556 Mentor Avenue
Mentor OH 44060

Kolman Timothy M                   => Donovan Michelle
Timothy M Kolman And Associates
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Lamp, Joel C                       => Wal-Mart Stores Inc
Assistant General Counsel
Tort Litigation Division Wal-Mart Stores Inc
702 S W 8th Street
Bentonville, AR 72716-0215

Land John W                        => Mettsave Drugs; Quitman Drug Co
Bryan Nelson Randolph & Weathers
P O Drawer 18109
Hattiesburg MS 39404-8109

Lanier W Mark                      => Brown Bobby*· Brown Linda*; Daley (Ind /Rep /Est -Robert Deleon & Next Friend for Scott A &
Lanier Law Firm                       Shirley Mann) Deborah*: Stubblefield (Ind /Rep /Est -Keith Jerome & Next Friend-Keith Jerome
6810 FM 1960 West                     Korietta Lashay Kendall Wayne& Kedrick Roy), Kimberly D *
Houston, TX 77069

Leathers Jeffrey D                 => Community Discount Pharmacy*
Greer Pipkin Russell, Dent & Leathers
P O Box 907
Tupelo MS 38802

Leesfield Ira H                    => Schneider Sidney
Leesfield, Leighton Rubio & Mahfood P A
2350 South Dixie Highway
Miami FL 33133

Levin Arnold                       => Besaw Patrick*; Smith Henry*; Smith Mary*
Levin, Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Lewis, Carlene Rhodes              => Ahl June*; Alaniz Flora*; Allen, George*; Alston Jr , John*; Anglin Helen*; Austin Nancy*; Baker,
Goforth Lewis, Sanford LLP            Mary*; Baker Norma*; Baldwin Kenneth*; Banks, Judy*; Barrington Ernest*· Bell, Myrtle Louise*;
1111 Bagby                            Benavides (Ind /Rep/Est -Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany Arthur*; Bridgers,
Suite 2200                            Rebecca*; Bronze Sandra*; Brooks Fredrick*; Brow Mary*; Brown, Esther*; Brown, Wanie*; Buck
Houston TX 77002                      Patricia*; Buckner Claude*; Bullock, Barbara*; Burk-Cameron Patricia*; Burkett (Legal
                                      Heir/Est -Lelan Stringer) Majorie*: Burrell Willie*; Busby-Allen, Sharla*; Butcher Shirley*; Calder
                                      Virginia*; Camacho Maria*; Carney Homer*; Carter Andrea*; Carter Essie*; Carter, Helen Portis*:
                                      Castro Hortensia*; Cebrum Alice*; Chambers Christopher*; Chane, Della*; Chatman Charles*:
                                      Childress, Cynthia*; Chocolate, Belinda*; Clark Beulah*; Clark Cortrena*: Clark Delores*; Clark
                                      Mary*; Clayton, Marsha*; Cluff, Anna*; Coleman Lula*; Combs David*; Cooper Roberts*;
                                      Coppedge Darryle*; Crick, Kimberly*; Cruz. Esperanza*; Cryer Becky*; Dahl, David*; De La Rosa,
                                      Odilla*; Deainza Barbara*; Denny, Jeffrey L *; Denny Molly J *; Diaz Mary*; Duncan Shirley*;
                                      Elam Claudia*; England James*; Fischbach Arleigh*; Flaniken Betty*; Forbes James*; Foward Joe*:

*(Panel Attorney Service List for MDL 1 657 Continu*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Futrell, Sharon*; Gajdosik, Margaret*; Garrett, Manicka*; Garza Jorge*; Garza, Linda*; Garza Manuel*; Garza Pauline*; Geryak Janie*; Gilmore, Bobbie*; Glaspie Precious*; Goss Garcia*; Graves, Mark*; Gray Marvinette*; Griggsby: Tenya*; Guzman Beatriz*; Haddox Gracie*; Hafemann Donald*; Hannah Reba*; Hannah, Sandra*; Hardin Larry*; Harrell Regina*; Harris Richard*; Harris Sandra*; Harris, Vivian*; Haynes Lloyd*; Heirs/Est -Pablo Flores*; Hermis Lawrence*; Hernandez Ana*; Hervey, George*; Hess Kenneth*; Hill Kristy*; Hodges Alvin*; Hogue Thelma*; Holland Wanda*; Hopson (Ind /Rep /Est -Kay Faubion) Joe*; Howard Annice*; Hubbs Judy*; Hutson Jerry*; Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James Tracy*; Jobe, Charles*; Johnson Willie*; Jones Terryl*; Kenne, Gordon*; King Patricia*; Knox Mary*; Kolak Alexander*; Lane Sr Prentice*; Lawson, Elva*; Lee Gary*; Lerma, Clemente*; Leslie Doris*; Leveen Jay*; Lewe Doris Jean*; Lewis Crystal*; Lise, Joyce*; Logsdon Ernest*; Lovvorn Jesse*; Lucas Stephen*; Mallet Anthony J *; Mallet Priscilla G *; Mankarious Rifaat*; Manning Rosie*; March, Alicia*; Martin Georgia*; Martinez Willie*; Mauldin, Mary*; Mayberry Janice*; Mayo Veronica*; McCleveland Kym*; McGathon, Myrtle*; McMillian, Opal*; McNulty Sharon*; Miller Grunetta*; Molina Euardo*; Moore, Sharon*; Moreno Jesus*; Morris Gerald*; Morton David*; Mowery Ricky*; Murphy Mary*; Myer, Margaret Pearson*; Nelson Rubie*; Newell Carol*; Newton, Mary*; Nichols Fredrick*; Oliver Rena*; Owen III David*; Parker Jessie*; Parks, Dorothy*; Parks Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M *; Pikul (Adm /Est -Paul), Thomas Joseph*; Platt, Jr Alvin*; Posada, Maria*; Powers Gail*; Pradia, Carolyn*; Punch Vivian*; Pyron, Marshall*; Rady Jean*; Ramirez Josefa*; Ray Sr, Darrell*; Reyna Pete*; Reynolds Lori*; Rhodes Brian*; Rhodes George*; Richter Mary*; Rivera Epifanio*; Roberts Katherine*; Roberts Lorna*; Robertson, Teddy*; Robinson Lonnie*; Robinson Oscar*; Rodriguez, Dorothy*; Rodriguez Jose*; Rodriguez, Vivian*; Rogers Hank*; Ross, Larry*; Ross Olga*; Ross Sonsuray*; Royston Trina*; Russell Shelvy*; Saylor Richard*; Schuhrke Nora*; Seago Buncy*; Shah Ahmed*; Shields Marie*; Simmons Robert*; Simpson Ovie*; Simpson Patricia*; Skipworth Billy*; Small Weavis*; Smith Georgia*; Smith Melody*; Sorge Charles*; Steard Sheilah*; Stech, Richard*; Taylor Jimmy*; Taylor Susan*; Taylor Tammy*; Taylor-Beck, Dimitri*; Teagve James*; Thomas Gerladine*; Thomas Jr Clifton*; Thomas Leslie*; Thompson Ray*; Tucholski Ernest*; Wallace Lamar*; Ward George*; Ward Willie*; Wardlow, Willard*; Watson Jummy*; Watson Lonzine*; Wiley Littie*; Williams Belinda*; Williams Charlotte*; Williams Josephine*; Williams Theresa*; Wilson John*; Wofford Diane*; Wood, Carol*; Woodall Phyllis*; Worsley, Fred*; Wright Alice*; Yarbrough Brenda*; Yong Cha Page* |
| Lietz David K<br>Coale Cooley Lietz McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington DC 20006 | => Gerber Ellen B *; Gerber Melvin* |
| Lockridge, Richard A<br>Lockridge, Grindal & Nauen P L L P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis MN 55401-2179 | => Homister, Shirley |
| Luckett Jr William O<br>Luckett Law Firm<br>P O Drawer 1000<br>Clarksdale MS 38614-1000 | => Kroger Co |
| Malone Patrick A<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, N W<br>Suite 1100<br>Washington DC 20036 | => Jeffers, Barbara Ann; Jeffers Daniel Martin |
| Matthews David P<br>Abraham Watkins Nichols Sorrels Matthews & Friend | => Gilmore Charles C *; Hale Donna*; Stout, John R *; White, Johnny*; Young Bernadette* |

*Note: Please refer to the report title page for complete report scope and key*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 800 Commerce Street<br>Houston TX 77002-1776 | |
| McClain Kenneth B<br>Humphrey Farrington & McClain P C<br>221 West Lexington<br>Suite 400<br>Independence MO 64050 | => Nevels Caroline* |
| McNamara J Leray<br>Copeland Cook Taylor & Bush P A<br>200 Concourse Suite 200<br>1062 Highland Colony Parkway<br>P O Box 6020<br>Ridgeland MS 39158-6020 | => Ball M D . David*; Barr. M D . William*; Hammock M D , B I ; Hassell John F ; Line, M D . Lance*;<br>Liverman, Steven B *; Newell M D  Bruce*; Peeler, M D , J G *; Smith M D . Randall: Weiss David<br>C *; Windham M D  Thomas* |
| Meaders Kim M<br>Crouch & Ramey<br>1445 Rose Avenue<br>Ste 2300<br>Dallas TX 75202 | => Alford s Pharmacy* |
| Merkel Charles M<br>Merkel & Cocke<br>P O Box 1388<br>Clarksdale MS 38614-1388 | => Shannon Frances |
| Milam S Kirk<br>Hickman. Goza & Spragins Pllc<br>P O Drawer 668<br>Oxford MS 38655-0668 | => Gunn, M D  Susan*; Gunn Susan*; McIntosh M D  Cooper A * |
| Milavetz Allen Scott<br>Milavetz Gallop & Milavetz<br>6500 France Avenue South<br>Edina MN 55435 | => Burris Jr  Lowell |
| Miller. Mason L<br>Getty & Mayo PLLC<br>1900 Lexington Financial Center<br>250 W Main Street<br>Lexington KY 40507 | => Getty Richard J *; Stamper. Della* |
| Minor Daniel<br>1032 Cardinal Dr<br>Waco. TX 76712 | => Minor Daniel |
| Minor, Steven R<br>Elliott Lawson & Minor PC<br>P O Box 8400<br>Bristol VA 24203-8400 | => Amerisource Corp *#; AmerisourceBergen Corp fdba AmeriSource Corp |
| Moirano, Michael H<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago IL 60606 | => Oswald Constance* |
| Mousseau Geoffrey C<br>Mousseau & Associates | => Ashman Charles* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1421 Valverde Place<br>Suite B<br>Glendale CA 91208 | |
| Mulhern Edwin T<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square NY 11010 | => Mell Alan |
| Murray Stephen B.<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans LA 70112-4000 | => Gottsegen M D Warren L *; Gregory Jr William B * |
| Nast Dianne M<br>Roda & Nast P C<br>801 Estelle Drive<br>Lancaster PA 17601 | => Engle (Ind /Adm /Est -Louise) Fred S * |
| Naylor Eugene R<br>Wise Carter Child & Caraway<br>600 Heritage Bldg<br>401 East Capitol St<br>P O Box 651<br>Jackson MS 39205-0651 | => Patel M D Pravin |
| O Malley Richard F<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago IL 60603 | => G D Searle & Co *; Pfizer Inc *; Pharmacia Corp * |
| Owen Gregory J<br>Owen Patterson & Owen<br>23822 West Valencia Blvd<br>Suite 201<br>Valencia CA 91355 | => Baca Richard David*; Berchtold Don*; Cole Sally*; De Luca Barbara* Evans Charles*; Giles Stan*; Goodell Margaret Helen*; Gunn Leroy*; Holley (Heir-Audrey L Piscitello) Alison*; Householder Betty*; Jackson Yvonne O *; Piscitello (Heir-Audrey L ) Clement*; Reagan Gorman*; Safford Joyce Crawford*; Salt Della Jo*; Sieper (Heir-Audrey L Piscitello) Meredith*; Winward Kenneth C *; Wright Ward* |
| Pearson Thomas Jack<br>Pearson & Campbell P C<br>2394 Calder Avenue<br>Beaumont TX 77702 | => Allen, Gloria*; Jones, Rena*; Lewis (Ind /Next Friend-Trienida & Quenida) Brenda*; Lewis (Ind /Next Friend-Trienida & Quenida) Darylene* Painton, Billie*; Painton Jack*; Richard Calvin*; Richard Ervin*; Richard Kernis*; Richard Larry*; Richard Lon*; Richard, Lovincy* |
| Piper Jr Robert E<br>Piper & Associates<br>624 Pierre Avenue<br>P O Box 69<br>Shreveport LA 71103 | => Bates, Catherine; Bates Leroy; Burns Annie; Burns Lendell; Butler, Mary; Butler Maynard; Evans, Garnett; Evans Marion; Harper Josephine; McKnight Vaughn; Sadler, Leona; Tice Martha; Tice William; Wright, Frances; Wright Herchial |
| Pitre Frank M<br>Cotchett Pitre Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>840 Malcolm Road<br>Burlingame CA 94010 | => Brass Jeffrey; Taylor Patricia A ; Tokes Kathy |
| Pope Geoffrey Edward<br>Doffermyre Shields Canfield Knowles & Devine<br>1355 Peachtree Street N E | => Strickland, Edna |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

1600 The Peachtree
Atlanta, GA 30309-3269

Price Henry J
Price Potter Jackson Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis IN 46204

=> Baum Janice; Briner (Per /Rep /Est -Phyllis). Darai; Henderson. Kevin; Portillo (Ind /Heir-Elvira M
   Pena) Ruben; Van Jelgerhuis Kimberly

Quetglas-Jordan Eric M
Quetglas Law Offices
P O Box 16606
San Juan PR 00908-6606

=> Gonzalez. Hilda Rita; Gonzalez Robert A ; Gonzalez-Arias Rafael*

Robb William R
Aleshire Robb & Sivils P C
901 St Louis Street
Suite 1600
Springfield MO 65806

=> Young (Ind /Next Friend-Steven/Adm /Est -Lisa). Russell

Rowland Robert D
2227 South State Route 157
Edwardsville IL 62025

=> Ellis John*

Ruiz. John H
Law Office of John H Ruiz
5040 N W 7th Street
Suite 920
Miami FL 33126

=> Abraham Josefa*· Alcarez Maria P *; Andino Jose*

Rynecki Scott
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn NY 11241

=> Aiken (Adm /Est -Mary & Kenneth) Elizabeth; Covington Jerome: Davis. Laney C

Saia Stephen V
Law Offices of Stephen V Saia
70 Old Cart Path Lane
Pembroke. MA 02359

=> Saia Frank R *

Schwebel Paul R M
5657 Rundle Court
Indianapolis IN 46220

=> Morrison (By his Per /Representative Patricia L ) Lowell D

Scott Stuart E
Spangenberg Shibley & Liber LLP
2400 National City Center
1900 East 9th Street
Cleveland OH 44114

=> Moldovan Gregory*; Moldovan Wanda*

Seeger Christopher A
Seeger Weiss LLP
One William Street
10th Floor
New York NY 10004-2502

=> Brown Clairse; Hanson. William*; Pagan Carmen M ; Walson (Ind /Adm /Est -Willie Jr ) Roberta*

Simon. Jeffrey B
Waters & Kraus
3219 McKinney Avenue

=> Bias Byron; Varnado Carolyn

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 3000<br>Dallas. TX 75204 | |
| Smith  David Neil<br>Nix Patterson & Roach LLP<br>205 Linda Drive<br>Dangerfield TX 75638 | => Williamson (Ind /Next friend-Courtly & Herman) Marian |
| Smith  Deanna Dean<br>Ebanks  Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston  TX 77010-4034 | => Truitt  M D  Norman |
| Snapka  Kathryn A<br>Snapka  Turman & Waterhouse LLP<br>606 N  Carancahua  Suite 1511<br>P O  Drawer 23017<br>Corpus Christi  TX 78403 | =>Benavides (Ind /Per /Est -Juan)  Patricia*; Sandoval  Audona |
| Specter  Shanin<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia  PA 19102 | => Sirota  Merrick*; Sirota  Michele* |
| Stacy  Robert F<br>Daniel  Coker  Horton & Bell<br>P O  Box 1084<br>Jackson  MS 39215-1084 | => Don s Pharmacy· Woods Drug Store |
| Steward  John S<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St  Louis  MO 63144 | => Perkins  Janice |
| Sullivan. Robert G<br>Sullivan  Papain  Block. McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York  NY 10271 | => Wright  Dawn; Wright  Lawrence |
| Thomas,. Casandra F<br>514-C Woodrow Wilson Avenue<br>Jackson  MS 39213 | => Thomas  Cassandra Faye |
| Tisi  Christopher V<br>Ashcraft & Gerel<br>2000 L Street  NW<br>Suite 400<br>Washington. DC 20036 | => Biles, Melvin*; Edler (Ind /Per /Rep /Est -William Dale & behalf-wrongful death beneficiaries-William<br>Dale  Gail Lynne & Shawn C )  Lindsey*; Morris. Jr . David* |
| Wade Jr  Lawrence D<br>Campbell  DeLong  Hagwood & Wade<br>P O  Box 1856<br>Greenville  MS 38702-1856 | => Petilos  M D  Salvador; Waller. M D  Richard E |
| Walker  Chris J<br>Markow  Walker. P A | => Stone  M D  Deck; Weiner  Roger |

Note: Please refer to the report title page for complete report scope and key

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

P O Box 13669
Jackson MS 39236-3669

Walker Thomas E                                    => Harlan Gary: Wall, Robert
Johnsion Barton Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham AL 35203

Watson, Leila H                                    => Wilson Danny M
Cory Watson Crowder & DeGaris P C
2131 Magnolia Avenue
P O Box 55927
Birmingham AL 35255-5972

Weaver Jennifer Fadal                              => Weaver Jennifer Fadal
1305 Fossel Ridge Trial
Waco TX 76712

Weiner, Richard J                                  => Quick, Anna
Law Offices Of Richard J Weiner, P C
119 Rockland Center
Suite 425
Nanuet NY 10951

Weisbrod, Leslie                                   => Register Anne; Register Jack A
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas TX 75243

Welch III Jewell E                                 => White Vicki
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Weston John K                                      => Carr, Gwendolyn L *
Sacks Weston Smolinksy Albert & Luber
510 Walunt Street
Suite 400
Philadelphia PA 19106

Wright James L                                     => Bauman (Ind /Rep /Est -Elsie Geneva) Larry Lee; Bauman, III (Ind /Rep /Est -Elsie Geneva) Ernest
Mithoff & Jacks                                       Charles; Clay (Ind /Rep /Est -Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher
1 Congress Plaza                                      (Ind /Rep /Est -Elsie Geneva Bauman). Kelly; Moses (Ind /Rep /Est -Elsie Geneva) Mary Carla; Tolbertt
111 Congress Avenue                                   (Ind /Rep /Est -Elsie Geneva Bauman) Lisa Bauman
Suite 1010
Austin TX 78701-0001

Zonas, James John                                  => Dunleavey (By & Through/Per /Rep /Est -Edward) Frances
James J Zonas Attorney at Law
700-2nd Avenue North
Suite 102
Naples FL 34102

Nadeem Haider                    Barbara J. Hart                    Steven L. Russell
606 N. Jefferson St.             Goodkind,Labaton,Rudoff & Sucharow  Beirne,Maynard & Parsons
Louisville, MS 39339             100 Park Ave., 12th Floor          1700 Pacific Ave, Ste 4400
                                 New York, NY 10017-5563            Dallas,TX 75201

# EXHIBIT B

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

April 6, 2005

VIA FACSIMILIE AND FEDERAL EXPRESS

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:     In re: VIOXX® Products Liability Litigation, MDL
        Docket No. 1657

Dear Sir and Madam:

Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's sixteenth notification of potential "tag-along actions" and includes cases that have been filed in or removed to federal court since April 1, 2005. Courtesy copies of the complaints and docket sheets for the following actions are enclosed.

First, we notify the Panel of a of potential "tag-along action" which appears on its face to involve both products (MDL-1657) and securities (MDL-1658) claims. It is respectfully submitted that *Deckowitz* may properly be the subject of conditional transfer orders and simultaneous separation of claims, similar to CTOs 3 and 4 in MDL-1657, which deal with the transfer of cases involving other pharmaceutical defendants.

1. *Deckowitz v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01911 (N.D. Ill.)

Next, we notify the Panel of other potential "tag-along" actions.

1. *Harris v. Merck & Co., Inc.*, C.A. No. 05-0643 (N.D. Ala.)
2. *Lemond v. Merck & Co., Inc.*, C.A. No. 7:05-cv-691 (N.D. Ala.)
3. *Roden v. Merck & Co., Inc.*, C.A. No. 05-0680 (N.D. Ala.)
4. *Tidwell v. Merck & Co., Inc.*, C.A. No. 05-0641 (N.D. Ala.)
5. *Kelley v. Merck & Co., Inc.*, C.A. No. 3:05cv00044 (E.D. Ark.)
6. *Meeker v. Merck & Co., Inc.*, C.A. No. 3:05cv00046 (E.D. Ark.)
7. *Lagden v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00656 (E.D. Cal.)
8. *Olson v. Merck & Co., Inc.*, C.A. No. 3:05-cv-01256 (N.D. Cal.)
9. *Baskay v. Merck & Co., Inc.*, C.A. No. 3:05CV529 (D. Ct.)
10. *Malek v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00543 (D. Ct.)
11. *Silva v. Merck & Co., Inc.*, C.A. No. 3:05-0541 (D. Ct.)

47, Avenue Georges Mandel      1775 I Street, N.W.        350 South Grand Avenue      201 South Biscayne Boulevard      Akasaka Tokyu Building 6F      101 Hudson Street
75116 Paris, France            Washington, D.C.           Los Angeles, California     Miami, Florida                   2-14-3 Nagata-cho, Chiyoda-ku  Jersey City, New Jersey
(33) (1) 44.05.80.00           20006-2401                 90071-3442                  33131-4332                       Tokyo 100-0014 Japan           07302-3918
                               202-721-4600               213-613-2800                305-358-1666                     (81) (3) 3539-2771             201-536-9220

NY 937180_1.DOC

Hughes Hubbard & Reed LLP
_____

12. *Elzinga v. Merck & Co., Inc.*, C.A. No. 05-80255 (S.D. Fla.)
13. *Clifford v. Merck & Co., Inc.*, C.A. No. 1:05-0841 (N.D. Ga.)
14. *Key v. Merck & Co., Inc.*, C.A. No. 05CV0872 (N.D. Ga.)
15. *Phillips v. Merck & Co., Inc.*, C.A. No. 1:05-cv-0840 (N.D. Ga.)
16. *Thomas v. Merck & Co., Inc.*, C.A. No. 05cv01820 (N.D. Ill.)
17. *Black v. Merck & Co., Inc.*, C.A. No. 05-179 (S.D. Iowa)
18. *Crooks v. Merck & Co., Inc.*, C.A. No. 05-0431 (W.D. La.)
19. *Geyen v. Merck & Co., Inc.*, C.A. No. 05-0383 (W.D. La.)
20. *Lach v. Merck & Co., Inc.*, C.A. No. 1:05-cv-10583 (D. Mass.)
21. *Sidle v. Merck & Co., Inc.*, C.A. No. 05CV0714 (D. Md.)
22. *Easter v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00519 (E.D. Mo.)
23. *Johnson v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00520 (E.D. Mo)
24. *Loughin v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00521 (E.D. Mo)
25. *Wade v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00486 (E.D. Mo.)
26. *Bannigan v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00282 (W.D. Mo.)
27. *Wagner v. Merck & Co., Inc.*, C.A. No. 05-4093 (W.D. Mo.)
28. *Barnes v. Merck & Co., Inc.*, C.A. No. 1:05-cv-0836 (N.D. Ohio)
29. *Boyer v. Merck & Co., Inc.*, C.A. No. 3:05-cv-07133 (N.D. Ohio)
30. *Carroll v. Merck & Co., Inc.*, C.A. No. 5:05CV0846 (N.D. Ohio)
31. *Eagon v. Merck & Co., Inc.*, C.A. No. 5:05CV0845 (N.D. Ohio)
32. *Ercegovac v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00844 (N.D. Ohio)
33. *Fisk v. Merck & Co., Inc.*, C.A. No. 5:05CV0837 (N.D. Ohio)
34. *Jackson v. Merck & Co., Inc.*, C.A. No. 4:05CV0838 (N.D. Ohio)
35. *Mason v. Merck & Co., Inc.*, C.A. No. 5:05CV0839 (N.D. Ohio)
36. *McGregor v. Merck & Co., Inc.*, C.A. No. 5:05CV0840 (N.D. Ohio)
37. *Miller v. Merck & Co., Inc.*, C.A. No. 5:05CV0841 (N.D. Ohio)
38. *Reeves v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00842 (N.D. Ohio)
39. *Richards v. Merck & Co., Inc.*, C.A. No. 5:05CV0843 (N.D. Ohio)
40. *Scouten v. Merck & Co., Inc.*, C.A. No. 3:05CV7137 (N.D. Ohio)
41. *Yartz v. Merck & Co., Inc.*, C.A. No. 4:05CV0853 (N.D. Ohio)
42. *Youngpeter v. Merck & Co., Inc.*, C.A. No. 3:05CV7135 (N.D. Ohio)
43. *Baker v. Merck & Co., Inc.*, C.A. No. 05-CV-425 (W.D. Pa.)
44. *Burks v. Merck & Co., Inc.*, C.A. No. 2:05CV134 (E.D. Tex.)
45. *Cutbirth v. Merck & Co., Inc.*, C.A. No. 1:05CV253 (E.D. Tex.)
46. *Garcia v. Merck & Co., Inc.*, C.A. No. 1:05CV0245 (E.D. Tex.)
47. *Jones v. Merck & Co., Inc.*, C.A. No. 2:05cv133 (E.D. Tex.)
48. *Swink v. Merck & Co., Inc.*, C.A. No. 5:05CV52 (E.D. Tex.)
49. *Leal v. Merck & Co., Inc.*, C.A. No. 05-CV-238 (W.D. Tex.)
50. *Johnson v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01096 (W.D. Tenn.)
51. *Sanders v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01095 (W.D. Tenn.)
52. *Blake v. Merck & Co., Inc.*, C.A. No. 2:05CV00267 (D. Utah)
53. *Cornell v. Merck & Co., Inc.*, C.A. No. 2:05CV00268 (D. Utah)
54. *Dean v. Merck & Co., Inc.*, C.A. No. 1:05cv358 (E.D. Va.)

Hughes Hubbard & Reed LLP
_____

Page 3

Finally, there are two cases filed in the transferee court.

1. *Declouette v. Merck & Co., Inc.,* C.A. No. 05-0915 (E.D. La.)
2. *Schexnayder v. Merck & Co., Inc.,* C.A. No. 05-1200 (E.D. La.)

There are no new developments pertaining to the actions that are currently the subject of Panel consideration.

Respectfully submitted,

William J. Beausoleil

Enclosures